*E-Filed: September 10, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRADIN ORGANICS USA, LLC,                Plaintiff,       v.  ADVANTAGE HEALTH MATTERS, INC.,                Defendant. _____/ | No. C14-02041 HRL  **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On August 27, 2014, defendant moved to dismiss plaintiff's complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than September 9, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite a reminder from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. *See* 28 U.S.C. § 636; Civ. L.R. 73-1. All current dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: September 10, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-02041 HRL Order will be electronically mailed to:**

Jonathan Arthur Miles    jamiles@stoel.com, docketclerk@stoel.com, slparadee@stoel.com

Seth D. Hilton    sdhilton@stoel.com, docketclerk@stoel.com, htnguyen@stoel.com

Stephen N. Hollman    shollman@businessandtechnologylawgroup.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**