| | |
|---|---|
| 1 | SETH D. HILTON (SB #181899) |
|   | sdhilton@stoel.com |
| 2 | JONATHAN A. MILES (SB #268034) |
|   | jamiles@stoel.com |
| 3 | STOEL RIVES LLP |
|   | Three Embarcadero Center, Suite 1120 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 617-8900 |
| 5 | Facsimile: (415) 617-8907 |
| 6 | Attorneys for Plaintiff and Counterdefendant |
|   | TRADIN ORGANICS USA, LLC |
| 7 | |
| 8 | STEPHEN N. HOLLMAN, ESQ. (SB #55219) |
|   | shollman@businessandtechnology lawgroup.com |
|   | Business & Technology Law Group |
| 9 | 95 S. Market Street, Suite 300 |
|   | San Jose, Ca 95113 |
| 10 | Telephone: (408) 282-1949 |
|   | Facsimile: (408) 275-9930 |
| 11 | Attorneys for Defendant and Counterclaimant |
| 12 | ADVANTAGE HEALTH MATTERS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | TRADIN ORGANICS USA, LLC, a Delaware Limited Liability Company; | Case No. 5:14-cv-02041-EJD |
| 17 | | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | ADVANTAGE HEALTH MATTERS, INC., a Canadian Corporation; and DOES 1-10, Inclusive, | |
| 21 | | |
| 22 | Defendant. | |
| 23 | ADVANTAGE HEALTH MATTERS, INC., a Canadian Corporation | |
| 24 | | |
| 25 | Counterclaimant, | |
| 26 | v. | |
| 27 | TRADIN ORGANICS USA, LLC, a Delaware Limited Liability Company, | |
| 28 | Counterdefendant. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITHOUT PREJUDICE

5:14-CV-02041-EJD

79437668.1 0078986-00014

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and
2  Counterdefendant, Tradin Organics USA, LLC, and Defendant and Counterclaimant, Advantage
3  Health Matters, Inc., each acting through their undersigned attorneys of record in this action,
4  stipulate that this action, including but not limited to, the Complaint, the Amended Counterclaim
5  and the Affirmative Defenses of each of the parties, are to be dismissed in its entirety without
6  prejudice.

DATED: July 1, 2015

STOEL RIVES LLP

By: /s/ Jonathan A. Miles
    SETH D. HILTON
    JONATHAN A. MILES
    Attorneys for Plaintiff and
    Counterdefendant
    TRADIN ORGANICS USA, LLC

DATED: July 1, 2015

BUSINESS & TECHNOLOGY LAW GROUP

By: /s/ Stephen N. Hollman
    STEPHEN N. HOLLMAN
    Attorneys for Defendant and
    Counterclaimant
    ADVANTAGE HEALTH MATTERS, INC.

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by Local Rule 5-1(i)(3).

Dated: July 1, 2015

/s/ Jonathan A. Miles
JONATHAN A. MILES

# [~~PROPOSED~~] ORDER

After consideration of the foregoing, IT IS HEREBY ORDERED that this action, including, but not limited to, the Complaint, the Amended Counterclaim, and the Affirmative Defenses of each of the parties are to be dismissed in their entirety without prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED

The Clerk shall close this file.

Dated: _____7/6/2015_____   _____
Honorable Edward J. Davila
United States District Court Judge